NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**DISTRIBUTED SOLUTIONS, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

AND

**COMPUSEARCH SOFTWARE SYSTEMS, INC.,**
*Defendant-Appellee.*

---

2012-5129

---

Appeal from the United States Court of Federal Claims in case no. 12-CV-274, Judge George W. Miller.

---

**ON MOTION**

---

**ORDER**

DISTRIBUTED SOLUTIONS, INC. V. US                                    2

Upon consideration of Distributed Solutions, Inc.'s unopposed motion for leave to file its initial brief out of time,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) The brief is accepted for filing.


                                        FOR THE COURT


                                        /s/ Jan Horbaly
                                        Jan Horbaly
                                        Clerk

s23